MELINDA HAAG
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT BINDAL, <br><br> Petitioner, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Respondents. | No. C 12-2010 MEJ <br><br> **PARTIES' CONSENT TO MAGISTRATE JURISDICTION and STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioner and Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Petitioner filed this action on or about April 23, 2012, and Respondents' response is currently due on June 22, 2012.

2. Pursuant to this Court's April 23, 2012 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 26, 2012, and attend a case management conference on August 2, 2012.

3. In order to allow sufficient time for Petitioner to respond to United States Citizenship and Naturalization Services' Notice of Intent to Deny ("NOID"), and for the parties to explore alternatives to litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Respondents' Answer: | July 23, 2012 |
| Last day to file Joint ADR Certification: | August 13, 2012 |
| Last day to file/serve Joint Case Management Statement: | August 27, 2012 |
| Case Management Conference: | September 13, 2012 at 10:00 a.m. |

Date: June 15, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondents

Date: June 15, 2012

/s/
JOYE WILEY
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 18, 2012

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

2