Jennifer Chang (CA 271523)
Law Office of Mei F. Chen
96 N. 3rd Street, Suite 150
San Jose, CA 95112
Tel: (408) 292-2174
Fax: (408) 343-7936
jennifer@jenniferchanglaw.com

Attorney for Plaintiff

NON-DETAINED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| AMIT BINDAL, ) <br>         Plaintiff ) <br> ) <br>         v. ) <br> ) <br> DEPARTMENT OF HOMELAND ) <br> SECURITY, et al, ) <br>         Defendants ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | FILE NO.: CV 12-2010 MEJ <br> INS NO.: A058-714-988 <br><br><br><br> STIPULATION TO EXTEND TIME |

## **STIPULATION**

      Amit Bindal and the Defendant, Department of Homeland Security et al, through their respective attorneys, hereby agree and stipulate to continue the hearing for Defendant's Motion to Remand from August 30, 2012 to October 11, 2012. The continuance is necessary to allow Plaintiff's Counsel time to review the record and respond to Defendant's motion given her recent substitution into this case. The parties further agree that Plaintiff's Response to Defendant's Motion to Remand shall be due September 17, 2012, and Defendant's Reply shall be due September 24, 2012.

Respectfully submitted,

/s/ Jennifer Chang_____        Dated: August 2, 2012
Jennifer Chang
Attorney for Plaintiff


/s/ Ila C. Deiss_____        Dated: August 2, 2012
Ila C. Deiss, Assistant U.S. Attorney
Attorney for Defendants




### [~~PROPOSED~~] ORDER

Having reviewed and considered the Stipulation for Extension of Time, and good cause appearing, the Court hereby orders:

1) Plaintiff's Response to Motion to Remand is due September 17, 2012.

2) Defendant's Reply to Motion to Remand is due September 24, 2012.

3) The hearing on the Motion to Remand shall be set for October 11, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 6_____, 2012        _____
                                      Maria-Elena James
                                      United States District Chief

2