| | |
|---|---|
| 1 | MELINDA HAAG <br> United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 <br> Assistant United States Attorney |
| 3 | Chief, Civil Division <br> ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 <br> San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 <br> FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 12 | AMIT BINDAL, | ) | |
| 13 | Petitioner, | ) | No. C 12-2010 MEJ |
| 14 | v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| 15 | DEPARTMENT OF HOMELAND SECURITY, et al., | ) | **EXEMPT FROM FORMAL ADR PROCESS; and [PROPOSED] ORDER** |
| 16 | | ) | |
| 17 | Respondents. | ) | |

19   Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

20 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

21 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

22 options provided by the court and private entities, and considered whether this case might benefit

23 from any of them. Here, the parties agree that referral to a formal ADR process will not be

24 beneficial because this action is limited to plaintiff's request for a hearing on his application for

25 naturalization pursuant to 8 U.S.C. § 1447(b).

26   Given the substance of the action and the lack of any potential middle ground, ADR will only

27 serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to

28 ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program

Request for ADR Exemption
C12-2010 MEJ

and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: August 13, 2012				Respectfully submitted,

						MELINDA HAAG
						United States Attorney

						_____/s/_____
						ILA C. DEISS[1]
						Assistant United States Attorney
						Attorneys for Respondents

						_____/s/_____
Date: August 13, 2012				JENNIFER CHANG
						Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    August 10, 2012			_____
						MARIA-ELENA JAMES
						Chief United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Request for ADR Exemption
C12-2010 MEJ				2