MELINDA HAAG
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT BINDAL,<br><br>    Petitioner,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Respondents. | No. C 12-2010 MEJ<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; and [PROPOSED] ORDER** |

  Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.  Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request for a hearing on his application for naturalization pursuant to 8 U.S.C. § 1447(b).

  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program

Request for ADR Exemption
C12-2010 MEJ

and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: August 13, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondents

Date: August 13, 2012

/s/
JENNIFER CHANG
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 10, 2012

MARIA-ELENA JAMES
Chief United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.