UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMIT BINDAL,<br><br>    Plaintiff,<br>   v.<br><br>DEPT. OF HOMELAND SECURITY, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2010 MEJ<br><br>**ORDER VACATING CMC** |

Upon review of the parties' Joint Case Management Statement, the Court finds a conference unnecessary at this time and VACATES the September 13, 2012 Case Management Conference. The Court shall reschedule the conference, if necessary, after resolution of Defendants' pending motion to remand.

**IT IS SO ORDERED.**

Dated: September 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge