UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMIT BINDAL,<br><br>               Plaintiff,<br>   v.<br>DEPT. OF HOMELAND SECURITY, et al.,<br><br>              Defendants.<br>_____/ | No. C 12-2010 MEJ<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>**Re: Docket No. 7** |

    Pending before the Court is the Respondents' Motion to Remand this matter to the United States Citizenship and Immigration Services for the agency to adjudicate Petitioner Amit Bindal's Application for Naturalization. Dkt. No. 7. Petitioner has filed an Opposition to the Motion. Dkt. No. 20. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument. For the reasons stated in Respondents' Motion, the Court hereby REMANDS Petitioner Amit Bindal's N-400, Application for Naturalization, to the United States Citizenship and Immigration Services for adjudication within 14 days of the date of this Order.

    **IT IS SO ORDERED.**

Dated: September 21, 2012

                                                         _____
                                                          Maria-Elena James
                                                         Chief United States Magistrate Judge