**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| AMIT BINDAL, | No. C 12-2010 MEJ |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND** |
| v. | |
| DEPT. OF HOMELAND SECURITY, et al., | **Re: Docket No. 7** |
| Defendants. | |

Pending before the Court is the Respondents' Motion to Remand this matter to the United States Citizenship and Immigration Services for the agency to adjudicate Petitioner Amit Bindal's Application for Naturalization. Dkt. No. 7. Petitioner has filed an Opposition to the Motion. Dkt. No. 20. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument. For the reasons stated in Respondents' Motion, the Court hereby REMANDS Petitioner Amit Bindal's N-400, Application for Naturalization, to the United States Citizenship and Immigration Services for adjudication within 14 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge